IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BORDER DEMOLITION &
ENVIRONMENTAL, INC.,

    Plaintiff,

v.                                               Civ. No. 19-549 LF/GBW

G.W.C CONSTRUCTION, INC., *et al.*,

    Defendants.

## ORDER FOR CLOSING DOCUMENTS

The parties reached a settlement in this matter during a settlement conference on September 11, 2020. Accordingly, the Court hereby ORDERS that Plaintiff files closing documents no later than **November 2, 2020**, absent a request showing good cause for an extension.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE