IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
For the Use and Benefit of
BORDER DEMOLITION &
ENVIRONMENTAL, INC.,

           Plaintiff,

v.                             Case No. 1:19-cv-00549 LF/GBW

G.W.C. CONSTRUCTION, INC.,
J.E. DUNN CONSTRUCTION COMPANY,
FEDERAL INSURANCE COMPANY,
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, AND
HARTFORD FIRE INSURANCE COMPANY,

           Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    All parties to this matter hereby stipulate as follows:

    1.    On September 11, 2020, a settlement agreement was reached of the various claims presented by all parties in the above-styled matter. The agreement reached included stipulating to a dismissal of this action with prejudice with each party bearing its own costs and attorneys' fees once all the parties had in fact performed their respective obligations under the settlement agreement.

    2.    All parties have agreed that a dismissal of this action is appropriate. The parties have fully performed as set forth in the settlement agreement by and between the parties. Therefore, pursuant to Rule 41(a)(1)(A)(i) and (ii) of the Federal Rules of Civil Procedure, the

parties hereby stipulate and agree to dismiss the above-styled and numbered lawsuit with prejudice.

3. Accordingly, the parties hereby jointly move the Court to issue an order dismissing with prejudice, the claims and defenses presented by all parties in the above-styled matter and that each party bear its own costs and attorneys' fees.

Date: October 21, 2020

| MILLER STRATVERT P.A. | BAILEY & BAILEY, P.C. |
|---|---|
| By */s/ Todd A. Schwarz* <br> Todd A. Schwarz <br> Samantha E. Kelly <br> Post Office Box 25687 <br> Albuquerque, NM 87125-0687 <br> Telephone: (505) 842-1950 <br> Facsimile: (505) 243-4408 <br> tschwarz@mstlaw.com <br> skelly@mstlaw.com <br> *Attorneys for J.E. Dunn Construction Company, Federal Insurance Company, Travelers Casualty and Surety Company of America and Hartford Fire Insurance Company* | By */s/ Christopher G. Burwell* <br> Christopher G. Burwell <br> 230 Pereida St. <br> San Antonio, TX 78210 <br> Telephone: (210) 225-7747 <br> cburwell@baileyandbaileypc.com <br><br> By */s/ K. Stephen Royce* <br> K. Stephen Royce <br> Cuddy & McCarthy, LLP <br> 201 Third St. NW, Suite 1300 <br> Albuquerque, NM 87102 <br> sroyce@cuddymccarthy.com <br><br> *Attorneys for Plaintiff* |

CALVERT MENICUCCI

By: */s/ Sean R. Calvert*
Sean R. Calvert
8900 Washington St. NE, Ste. A
Albuquerque, NM 87113
Telephone: (505) 247-9100
*Attorney for G.W.C. Construction*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

MILLER STRATVERT P.A.
Todd A. Schwarz
Samantha E. Kelly
Post Office Box 25687
Albuquerque, NM  87125-0687
Telephone: (505) 842-1950
tschwarz@mstlaw.com
skelly@mstlaw.com
*Attorneys for J.E. Dunn Construction Company, Federal Insurance Company, Travelers Casualty and Surety Company of America and Hartford Fire Insurance Company*

CALVERT MENICUCCI
Sean R. Calvert
8900 Washington St. NE, Ste. A
Albuquerque, NM 87113
Telephone: (505) 247-9100
scalvert@hardhatlaw.net
*Attorney for G.W.C. Construction*

K. Stephen Royce
Cuddy & McCarthy, LLP
201 Third St. NW, Suite 1300
Albuquerque, NM 87102
sroyce@cuddymccarthy.com
*Attorneys for Plaintiff*

            */s/ Christopher G. Burwell*

October 21, 2020                  Case No. 1:19-cv-00549 LF/GBW
                          Joint Stipulation of Dismissal with Prejudice