IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
For the Use and Benefit of
BORDER DEMOLITION &
ENVIRONMENTAL, INC.,

    Plaintiff,

v.                                                Case No. 1:19-cv-00549 LF/GBW

G.W.C. CONSTRUCTION, INC.,
J.E. DUNN CONSTRUCTION COMPANY,
FEDERAL INSURANCE COMPANY,
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, AND
HARTFORD FIRE INSURANCE COMPANY,

    Defendants.

**FINAL JUDGMENT**

    Pursuant to the Joint Stipulation of Dismissal With Prejudice filed by the parties on October 22, 2020 (Doc. 53), the Court enters this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, and dismisses with prejudice the claims and defenses presented by all parties in the above-styled matter. Each party will bear its own costs and attorneys' fees.

    IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge